1  UNITED STATES DISTRICT COURT

2  SOUTHERN DISTRICT OF CALIFORNIA

3  Before The Honorable BERNARD G. SKOMAL, Magistrate Judge

4

5  UNITED STATES OF AMERICA,        )
                                    )
6              Plaintiff,           )        CASE NO.
                                    )        3:18-mj-2351-BGS
7      VS.                          )
                                    )
8  JUDITH ELIZABETH CHAVEZ,         )        NO BODY PRESENT
                                    )
9              Defendant.           )
   _____  )
10                                           San Diego, California
                                             Thursday, May 10, 2018
11

12        TRANSCRIPT OF OFFICIAL ELECTRONIC SOUND RECORDING
                          OF PROCEEDINGS
13

14              Liberty Court Player 6:12-6:13 p.m.

15  APPEARANCES:

16  For Plaintiff:
                    UNITED STATES ATTORNEY'S OFFICE
17                  880 Front Street
                    San Diego, California 92101
18                  BY: JACLYN STAHL
                        ASSISTANT UNITED STATES ATTORNEY
19

20  For Defendant:
                    FEDERAL DEFENDERS OF SAN DIEGO, INC.
21                  225 Broadway, Suite 900
                    San Diego, California 92101
22                  BY: ERIC FISH
                        ATTORNEY AT LAW
23

24  Court Interpreter:  Dan DeCoursey

25  Transcribed By:  Ellen L. Simone

1    (Proceedings begin at 6:12 p.m.)

2    THE CLERK:  Next matter is matter 32.  18mj2351.

3  U.S.A. v. Judith Elizabeth Chavez.

4    MS. STAHL:  Your Honor, this was a late-filed case,

5  and the only booking window available at MCC was 5:30.  To my

6  knowledge, he was booked at 5:30 this evening.

7    THE COURT:  I'm going to order him -- her -- her.

8  This is Judith Elizabeth Chavez, right?

9    MR. FISH:  Yes.  And --

10    THE COURT:  I'll order her here tomorrow at the duty

11  log.

12    MR. FISH:  Your Honor, we have filed a writ for her as

13  well.

14    THE COURT:  Order her here tomorrow for the duty log.

15    THE CLERK:  Okay.

16    (Proceedings adjourned at 6:13 p.m.)

17

18

19

20

21

22

23

24

25

1 <u>CERTIFICATE OF TRANSCRIBER</u>

2          I certify that the foregoing is a true and correct

3 transcription, to the best of my ability, of the above pages of

4 the official electronic sound recording provided to me by the

5 U.S. District Court, Southern District of California, of the

6 proceedings taken on the date and time previously stated in the

7 above matter.

8          I further certify that I am neither counsel for

9 related to, nor employed by any of the parties to the action in

10 which this hearing was taken, and further that I am not

11 financially nor otherwise interested in the outcome of the

12 action.

13

14 DATE:  Monday, May 14, 2018

15

16          _____/s/ Ellen L. Simone_____

17                   Ellen L. Simone, RMR, CRR
                     Official Court Reporter
18

19

20

21

22

23

24

25