

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JUDITH ELIZABETH CHAVEZ,<br><br>　　　　　　　　Defendant. | Case No. '18 CR2811 WQH<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C.,<br>Secs. 952 and 960 –<br>Importation of<br>Methamphetamine (Felony) |

The United States Attorney charges:

On or about May 10, 2018, within the Southern District of California, defendant, JUDITH ELIZABETH CHAVEZ, did knowingly and intentionally import 500 grams and more, to wit: approximately 24.46 kilograms (53.92 pounds) of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 6/7/18.

　　　　　　　　　　ADAM L. BRAVERMAN
　　　　　　　　　　United States Attorney

　　　　　　　　　　COLIN M. MCDONALD
　　　　　　　　　　Assistant U.S. Attorney

CMMC:zm:5/17/2018