# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>V.<br><br>Judith Elizabeth Chavez,<br><br>                      Defendant. | Criminal Case No. 18CR2811-WQH<br><br>ORDER |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Counts(s) 1 of the Information .

Dated: October 15, 2018

                                               Hon. William Q. Hayes
                                               United States District Court